FILED
CLERK, U.S. DISTRICT COURT

4/4/25

CENTRAL DISTRICT OF CALIFORNIA
BY: MRV    DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

January 2025 Grand Jury

| UNITED STATES OF AMERICA, | CR 2:25-cr-00250-MEMF |
|---|---|
| Plaintiff, | **I N D I C T M E N T** |
| v. | [49 U.S.C. § 46504: Interference with Flight Crew Members and Attendants] |
| JOHN MICHAEL CASE, | |
| Defendant. | |

The Grand Jury charges:

[49 U.S.C. § 46504]

On or about September 9, 2024, while on an aircraft in the special aircraft jurisdiction of the United States, namely, American Airlines Flight AA4896, operated by SkyWest Airlines, from San Jose, California, to Phoenix, Arizona, which landed at Los Angeles International Airport, within the Central District of California, defendant JOHN MICHAEL CASE knowingly assaulted a flight attendant of the aircraft, namely, C.Y., and in doing so, interfered with the performance of the duties of the flight attendant and flight crew

/ / /

/ / /

members and lessened the ability of the flight attendant and flight crew members to perform their duties.

A TRUE BILL

/S/
Foreperson

BILAL A. ESSAYLI
United States Attorney

LINDSEY GREER DOTSON
Assistant United States Attorney
Chief, Criminal Division

*Frances D. Lewis* (signature)

FRANCES S. LEWIS
Assistant United States Attorney
Chief, General Crimes Section

SHAWN T. ANDREWS
Assistant United States Attorney
Deputy Chief, General Crimes Section

ALEXANDER H. TRAN
Assistant United States Attorney
International Narcotics, Money Laundering, and Racketeering Section

LAUREN E. BORDER
Assistant United States Attorney
General Crimes Section